AO 106 (Rev. 04/10) Application for a Search Warrant                                        AUSA Shimeall

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 2:22-mj-220
RED DOT STORAGE, STORAGE UNITS 0317 AND 0602WT, 4580 EAST )
BROAD ST., COLUMBUS, OH 43213 )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A: RED DOT STORAGE, STORAGE UNITS 0317 AND 0602WT, 4580 EAST BROAD ST., COLUMBUS, OH 43213 Further described in Attachment A
located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Knowingly possessing a firearm as a prior convicted felon. |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Matthew Voytek, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

Date: 03/28/2022

City and state: Columbus, Ohio

Honorable Chelsey M. Vascura
*Printed name and title*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF RED DOT STORAGE, STORAGE UNITS 0317 AND 0602WT, 4580 EAST BROAD ST., COLUMBUS, OH 43213 | Case No. 2:22-mj-220<br><br>**UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Matthew Voytek, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so since 2022, and I am currently assigned to the Columbus, Ohio, Field Office.

2. I have participated in numerous investigations focusing on firearms trafficking, gangs, and the distribution of illegal narcotics. I have conducted covert surveillance of suspected traffickers, interviewed numerous individuals involved in gangs, the illegal firearms trade, and/or narcotic trafficking trade. I have been a member of surveillance teams, participated in the execution of numerous state and federal search and arrest warrants involving firearms and/or illegal narcotic traffickers and violent offenders, and participated in the seizure of numerous firearms and controlled dangerous substances. Through my training, education, and experience, I have become familiar with the manner in which firearms intended for criminal use are transported, stored, and resold, similar to the transportation, storage and distribution of illegal narcotics. I am also familiar with the methods of payment for such unlawful transfers of firearms and the distribution and the manner in which firearms and/or narcotic traffickers

communicate with each other.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, police officers, witnesses, records, and reports. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. I submit this Affidavit in support of an application for a warrant to search the following location: Red Dot Storage, Units 0317 and 0602WT, 4580 East Broad St., Columbus, OH 43213 (TARGET PREMISES).

5. I know based on my training and experience that individuals who possess firearms and ammunition, as felons or otherwise, often possess other items commonly used or acquired in connection with the possession of firearms and ammunition. Some of these items include, but are not limited to, other firearms, firearm parts, additional ammunition, firearm receipts, firearms brochures or owner's manuals, records of sale or acquisition of firearms, firearms magazines, and holsters.

6. I know based on my training and experience that individuals who possess the above-described items (i.e., firearms, ammunition, and other items commonly used or acquired in connection with the possession of firearms and ammunition), as felons or otherwise, often store those items—including firearms and ammunition—in storage facilities, so that the firearms and ammunition are easily accessible or kept safe. I also know that firearms are durable and non-perishable goods, which can be expected to remain in the individual's possession for extended periods of time.

7. Based on the facts set forth in this Affidavit, there is probable cause to believe that Christopher W. THOMAS has committed violations of 18 U.S.C. § 922(g)(1), that is,

knowingly possessing a firearm as a prior convicted felon (the SUBJECT OFFENSE). There is also probable cause to search the TARGET PREMISES described in Attachment A for evidence, instrumentalities, and/or fruits of the above crimes, as further described in Attachment B.

8. Because this Affidavit is being submitted for the limited purpose of seeking authorization to execute a search warrant on the TARGET PREMISES, I have not set forth each and every fact learned during the course of this investigation. I am not relying upon facts not set forth herein in reaching my conclusion that a warrant should be issued. Nor do I request that this Court rely upon any facts not set forth herein in reviewing this Affidavit in support of the application for a search warrant.

## FACTS ESTABLISHING PROBABLE CAUSE

9. On or about 3/10/2022, ATF SA Alderman initiated a Federal Firearms Investigation involving Christopher W. THOMAS (W/M, DOB: 1/9/1990, SSN XXX-XX-8390, FBI# 659178FD6). THOMAS allegedly possessed a Sig Sauer, model P938, 9mm caliber, bearing serial number 52B233384 on or about 3/3/22 in Wheeling, WV. The aforementioned firearm and ammunition were recovered in the possession of THOMAS during a traffic stop, along with multiple types of controlled substances stemming from an investigation conducted by Marshall County Drug Task Force (MCDTF).

10. Law enforcement was aware of THOMAS from previous criminal investigations involving the interstate distribution of crystal methamphetamine and other controlled substances. During the investigations, law enforcement learned THOMAS often stays at the Wheeling Island Hotel and Casino, in Wheeling, WV. Law enforcement

requested that West Virginia Lottery Investigators provide notice if THOMAS was observed at the property.

11. On or about 3/3/2022, law enforcement was advised by West Virginia Lottery Investigators that THOMAS, and an unknown male, later identified as Adrian J. Juarez (W/M, DOB 11/23/1925, SSN XXX-XX-4997), arrived at Wheeling Island Hotel and Casino on 3/2/2022. MCDTF conducted physical surveillance of THOMAS and Juarez, who were observed leaving the casino and entering a black Ford Edge bearing Ohio temporary registration M621832, which was expired. THOMAS, who did not have a valid driver's license, drove the vehicle north on South York Street where a traffic stop was initiated by West Virginia State Police, regarding THOMAS operating the vehicle with a suspended operator's license.

12. Upon making contact with THOMAS, law enforcement identified a strong odor of suspected marijuana. THOMAS and Juarez were asked to exit the vehicle. Law enforcement initiated a probable cause search of the vehicle due to the strong odor of marijuana emitting from the vehicle. Upon searching the vehicle, a large amount of suspected fentanyl (along with a press to convert powder fentanyl to pills for distribution), a large amount of suspected crystal methamphetamine, a large amount of suspected marijuana, and multiple batches of unknown suspected controlled substances were discovered within two bags inside the vehicle. A Sig Sauer, model P938, .9mm caliber pistol bearing serial number 52B233384, loaded with six rounds of ammunition, one round chambered, was also discovered, along with $4,918 in US currency within same bag as the controlled substances. Officers also located a box containing 28 rounds of 9mm caliber ammunition and sixty rounds of assorted caliber rounds of ammunition.

13. Law enforcement observed surveillance footage from Wheeling Island Casino showing THOMAS exiting the premises with the bags containing the controlled substances, firearm, and ammunition. In a post-Miranda interview, THOMAS claimed ownership of the bags; however, he denied ownership of the controlled substances. THOMAS told law enforcement that the controlled substances belonged to Juarez. Law enforcement further questioned THOMAS regarding how the drugs and handgun were in his bag. THOMAS could not provide an answer as to how the drugs were in his bag, but again stated the drugs were Juarez's.

14. Law enforcement listed the following items seized in his report of investigation:

   a. Approximately 116 grams, Marijuana.
   b. Approximately 81.4 grams, Crystal Methamphetamine.
   c. Approximately 27.3 grams, Dimethyltryptamine (DMT).
   d. Approximately 2.9 grams, Ketamine.
   e. Approximately 0.8 grams, Crack (cocaine base).
   f. Approximately 33.5 grams, Mannitol.
   g. Pill bottle containing various OTC medication tablets.
   h. Approximately 107.9 grams of Fentanyl (off white chunks).
   i. Approximately 135 grams of Fentanyl (white counterfeit tablets and powder).
   j. Multiple bags of unknown tablets and powder.
   k. $4,918 in US currency
   l. Sig Sauer P938, SN: 52B233384, 9mm caliber pistol with magazine and six unfired cartridge cases.
   m. Box of twenty-eight unfired 9mm cartridge cases.
   n. Plastic bag containing various calibers of multiple unfired cartridge cases.
   o. Metal pill press with hydraulic jack.
   p. Three digital scales.
   q. Apple Mac Book computer, SN: C02Q90JPGFWM.
   r. HP laptop computer, SN: CND702KSY.
   s. Motorola cell phone, model XT1962.
   t. iPhone cell phone, unknown model.
   u. Samsung cell phone, unknown model (cracked screen)
   v. 2016 Ford Edge SE, VIN: 2FMPK3G98GBB49677, black in color.

15. THOMAS and Juarez were both arrested on multiple State of West Virginia Charges and transported to the West Virginia Northern Regional Jail. MCDTF field tested,

identified, and packaged the controlled substances at the MCDTF Office.

16. SA Alderman reviewed an NCIC Computerized Criminal History report on THOMAS, which revealed a felony conviction out of Pennsylvania. SA Alderman further reviewed court dockets from Jefferson County, Pennsylvania, Court of Common Pleas which indicated THOMAS was convicted of two felony offenses—Burglary and Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver—which would prohibit THOMAS from possessing firearms and ammunition.

17. During the course of the investigation, law enforcement learned Brandy Hentrich, aka Brandy Rodgers (DOB 6/23/1984), is THOMAS'S girlfriend. Hentrich is currently serving a sentence at Ohio Reformatory for Women. Law enforcement obtained Hentirch's jail phone calls with a subpoena. Law enforcement, including ATF SA Alderman, listened to two recorded jail calls with evidentiary value. The first call occurred on or about March 2, 2022, between Hentrich and THOMAS, in which THOMAS tells Hentrich he has an "arsenal" in a storage unit and further implies that he has 300 firearms inside the storage unit.

18. The second call occurred on or about March 8, 2022, between Hentrich and her parents, Ellen and Randy Rodgers. The call indicates that Hentrich is aware THOMAS was arrested in Wheeling, WV. Henrich tells her parents she is concerned about the storage unit because THOMAS told her he had an arsenal inside it. Hentrich suggested someone needed to remove items from the storage unit. Hentrich also told her parents that she has some of her items inside the unit.

19. On two subsequent occasions, on or about March 17, 2022, and March 23, 2022, law enforcement spoke with Hentrich's mother, Ellen. Ellen told law enforcement there were three storage units in Hentrich's name. Ellen told law enforcement that she was unaware of the

exact location of the storage units, however believed they were somewhere near Columbus, Ohio. Ellen said she would ask Hentrich to call law enforcement.

20. On or about March 27, 2022, Hentrich contacted law enforcement concerning the storage units. Hentrich said the storage units were in Whitehall, Ohio, a suburb of Columbus, Ohio. Hentrich described one storage unit being near Huntington Bank with a big parking lot nearby. Hentrich said another set of the storage units is across the street.

21. Additional investigation indicates that Hentrich's information is reliable. Extra Space Storage is located at physical address 111 Schofield Drive, Columbus, Ohio, 43213, in the suburb of Whitehall; it matches the description of the location provided by Hentrich. Red Dot Storage, 4580 E. Broad Street, Whitehall, Ohio, 43213 is located near Extra Space Storage, further matching Hentrich's description.

22. During law enforcement's conversation with Hentrich, she suggested THOMAS exaggerates things sometimes. Hentrich also told law enforcement that she thought someone removed items from the storage unit. When law enforcement inquired why Hentrich believed items were removed, she said that she called THOMAS'S phone, and a woman named "Aimee" answered who told her someone removed the items. It should be noted that THOMAS'S cellular phone was seized by law enforcement on or about March 3, 2022.

23. Hentrich denied the storage units were in her name. She did, however, indicate that she gave THOMAS power of attorney over her affairs when she went to prison. Hentrich acknowledged she was aware the vehicle THOMAS was driving was registered in her name.

24. Law enforcement has conducted further investigation with respect to the Extra Space Storage unit(s) tied to THOMAS. On or about March 28, 2022, law enforcement spoke with the manager at the Extra Space facility. The manager indicated that an individual matching

the description of THOMAS had a unit at the Extra Space facility up until on or about February 16, 2022. The unit was registered to "Christopher Thomas Renovations LLC." The unit was registered to Brandy Hentrich, under the phone number of 740-304-9693. The unit number was 823. According to the manager, THOMAS'S storage unit account was terminated on or about February 16, 2022, for multiple rules violations associated with Extra Space's terms of use. Such violations included: multiple instances of after-hours access, as well as human feces and syringes being observed outside of unit 823, which was the unit registered to Christopher Thomas Renovations LLC. Upon being terminated, the manager indicated that an individual matching THOMAS'S description was then seen making multiple trips back and forth between unit 823 and a different storage facility across the street, Red Dot Storage. The individual matching THOMAS'S description was seen driving a black Ford vehicle.

25. Further investigation was conducted regarding Red Dot Storage and the corresponding TARGET PREMISES. Red Dot Storage is located at 4580 East Broad Street, Whitehall, OH 43213, across the street from the Extra Space facility. Red Dot Storage is located near a Huntington Bank. Through further investigation, law enforcement confirmed that Red Dot Storage has two units associated with THOMAS: unit 0317 and unit 0602WT. Unit 0317 is registered to Christopher THOMAS, under the phone number of 740-684-0607, which law enforcement knows to be a phone number used by THOMAS. Unit 0602WT is registered to Brandy Hentrich, under the phone number of 740-684-0607, which law enforcement knows to be a phone number used by THOMAS.

## CONCLUSION

26. Based on the information set forth in this Affidavit, I submit there is probable cause to believe that THOMAS has committed violations of 18 U.S.C. § 922(g)(1) (prior convicted felon in possession of a firearm). Your affiant further submits there is probable cause to believe that the property and premises located at the TARGET PREMISES contains evidence and instrumentalities of violations of federal law.

27. Accordingly, your affiant respectfully requests that this Court issue a warrant authorizing the search of the TARGET PREMESIS, and authorization to search for and seize the items described in Attachment B hereto, incorporated herein by reference.

28. Your affiant further requests that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. Your affiant believes that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into criminal activity, the entire extent of which is not known at this time. Based upon my training and experience, and information I have received from ATF and other law enforcement agents, your affiant knows that criminals actively search for criminal Affidavits and search warrants via the internet, and disseminate them to other criminals as they deem appropriate—e.g., by posting them publicly online through different forums. Premature disclosure of the contents of this Affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

*[signature]*

Matthew Voytek, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

                          Sworn and subscribed to me this
                          28th day of March, 2022.

                          *[signature]*

                          Magistrate Judge Chelsey M. Vascura
                          United States District Court
                          Southern District of Ohio

## ATTACHMENT A

The property to be searched is the TARGET PREMISES, which are two storage units—Unit 0317 and 0602WT—located at Red Dot Storage, 4580 East Broad St., Columbus, OH 43213. Red Dot Storage is a business located at the above address and is further described as a multiple brick unit storage facility with separate storage unit buildings on the premises identified numerically. The units at issue are further described as **RED DOT STORAGE, STORAGE UNITS "0317" AND "0602WT", 4580 EAST BROAD ST., COLUMBUS, OH 43213.**

**"0317", 4580 EAST BROAD ST., COLUMBUS, OH 43213.**

 

**"0602WT", 4580 EAST BROAD ST., COLUMBUS, OH 43213**

 

## **ATTACHMENT B – ITEMS TO BE SEIZED**

1. Any evidence or information related to the SUBJECT OFFENSE articulated in the Affidavit in support of the search warrant application.

2. Any evidence or information related to the identity of potential co-conspirators regarding the SUBJECT OFFENSE.

3. Ammunition and firearms such as pistols, revolvers, long guns, or those items similar in type to the documented purchased firearms and or records of firearms purchased;

4. Any and all documents, records, boxes or indicia related to the purchase, sale, transfer or transportation of firearms and/or ammunition;

5. Log books, records, payment receipts, notes, and/or computer lists, ledgers, sales tags and other papers relating to the purchasing, ordering, processing, storage, and distribution of firearms including all records of income and expenses;

6. Indicia of occupancy, residency, rental and/or ownership of the premises described above, including but not limited to utility and telephone bills, cancelled envelopes, keys, deeds, purchase lease agreements, land contracts, titles and vehicle registrations;

7. The opening, search and removal, if necessary, of any safe or locked receptacle or compartment, as some or all of the property heretofore may be maintained;

8. Any other items which constitute evidence of crimes as identified above.